Matter of Barger v Malkin (2025 NY Slip Op 05291)

Matter of Barger v Malkin

2025 NY Slip Op 05291

Decided on October 02, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: October 02, 2025

Before: Manzanet-Daniels, J.P., Friedman, Pitt-Burke, Rosado, Chan, JJ. 

Index No. 653772/23|Appeal No. 4814|Case No. 2024-04931|

[*1]In the Matter of Danielle P. Barger, Trustee of the Edelman Family Decedent's Trust, Petitioner-Respondent,
v
Peter L. Malkin, et al., Respondents-Appellants.

Dewey Pegno & Kramarsky, LLP, New York (Thomas E.L. Dewey of counsel), for appellants.
The Baez Legal Group, New York (Jose Anibal Baez of counsel), for respondent.

Order, Supreme Court, New York County New York County (Melissa A. Crane, J.), entered July 25, 2024, which granted petitioner's petition to confirm an arbitration award dated August 26, 2020, unanimously affirmed, with costs.
The arbitration award is confirmed for the reasons set forth in our decision in Matter of Shasha v Malkin (236 AD3d 502 [1st Dept 2025]). That case concluded that respondents "failed to establish that the panel acted in manifest disregard of the law" (id at 502-504 [citation and internal punctuation omitted]), and that "the arbitration panel
properly rejected [the] contention that the Edelman Family Decedent's Trust, the trust of which . . . Danielle P. Barger was a trustee, was liable for defamatory statements allegedly made by Richard Edelman" (id. at 504).
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: October 2, 2025